Filed: May 10, 2019

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

BRIEFING ORDER - CIVIL/AGENCY CROSS APPEAL

_____

No.   19-1382 (L),   <u>La Union Del Pueblo Entero v. Wilbur Ross</u>
                    8:18-cv-01570-GJH

Wilbur L. Ross; Director Ron Jarmin; U. S. Census Bureau; U. S. Department of Commerce shall be considered the appellant for the purposes of this briefing schedule. Briefing shall proceed on the following schedule:

APPENDIX [Joint] due: 06/19/2019

BRIEF [Opening] due: 06/19/2019

BRIEF [Opening/response] due: 07/19/2019

BRIEF [Response/reply] due: 08/19/2019

BRIEF [Reply] (if any) due: Within 21 days of service of response/reply brief.

The following rules apply under this schedule:

- Counsel must file the electronic version and one identical paper copy of briefs and appendices. If the case is tentatively calendared for argument, counsel will be required to file three additional paper copies. Local Rules 30(b)(4) & 31(d).
- Filings must conform to the **Fourth Circuit Brief & Appendix Requirements** (available as a link from this order and at **www.ca4.uscourts.gov**). FRAP 28, 30 & 32.
- All parties to a side must join in a single brief, even in consolidated cases, unless the court has granted a motion for leave to file separate briefs. Local

- Rules 28(a) & 28(d).
- Motions for extension of time should be filed only in extraordinary circumstances upon a showing of good cause. Local Rule 31(c).
- If a brief is filed after its due date, the time for filing subsequent briefs will be extended by the number of days the brief was late.
- Failure to file an opening brief within the scheduled time may lead to imposition of sanctions against court-appointed counsel or dismissal of the case. Local Rules 45 & 46(g).
- Failure to file a response brief may result in loss of the right to be heard at argument. FRAP 31(c).
- If a case has not been scheduled for a mediation conference, but counsel believes such a conference would be beneficial, counsel should contact the Office of the Circuit Mediator directly at 843-731-9099, and a mediation conference will be scheduled. In such a case, the reason for scheduling the conference will be kept confidential. Local Rule 33.
- The court may, on its own initiative and without prior notice, screen an appeal for decision on the parties' briefs without oral argument. Local Rule 34(a).
- If a case is selected for the oral argument calendar, counsel will receive notice that the case has been tentatively calendared for a specific court session approximately two months in advance of the session. Local Rule 34(c).

/s/ PATRICIA S. CONNOR, CLERK
By: Jennifer Rice, Deputy Clerk