UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————————
No. 19-1382
———————————————

LA UNIÓN DEL PUEBLO ENTERO, *et al.*

Plaintiffs-Appellees

v.

WILBUR L. ROSS,

sued in his official capacity, as U.S. Secretary of Commerce, *et al.*

Defendants-Appellants.

**JOINT MOTION FOR ABEYANCE**

1.  On June 24, 2019, this Court ordered a limited remand of La Unión del Pueblo Entero ("LUPE") *et al.*[1] Plaintiffs-Appellees' cross-appeal to the district court to consider Plaintiffs-Appellees' Fifth Amendment and 42 U.S.C. § 1985 claims. Order, Jun. 24, 2019, ECF No. 45.

2.  Under Local Rule 12(d), *LUPE* Plaintiffs-Appellees and Defendants-

---

[1] Order, Apr. 12, 2019, ECF No. 3 (consolidating *LUPE v. Ross*, No. 19-1382, with *Kravitz v. U.S. Dep't of Commerce*, No. 19-1387); Order, Apr. 19, 2019, ECF No. 6 (consolidating cross appeal *LUPE v. Ross*, No. 19-1425, with consolidated appeals under No. 19-1382).

1

Appellants jointly move to place in abeyance the briefing and argument in the cross-appeal pending disposition of the Rule 60(b) motion before the district court.

3. If this joint motion is granted, the June 26, 2019 deadline for *LUPE* Plaintiffs-Appellees' reply brief and July 2, 2019 oral argument date would be vacated.

4. Considering this Court's remand of this case to address the issues of the Rule 60(b) motion before the district court, further briefing and argument at this time on *LUPE* Plaintiffs-Appellees' cross-appeal, which may be affected by the disposition of the Rule 60(b) motion, are not in the interest of judicial efficiency.

Dated: June 25, 2019

By /s/ Andrea Senteno

**MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND**
Thomas A. Saenz (CA Bar No. 159430 )
Denise Hulett (CA Bar No. 121553)*
Andrea Senteno (NY Bar No. 5285341)*
Burth G. Lopez (Bar No. 20461)*
Julia Gomez (CA Bar No. 316270)
1016 16th Street NW, Suite 100
Washington, DC 20036
Phone: (202) 293-2828
Facsimile: (202) 293-2849

**ASIAN AMERICANS ADVANCING JUSTICE | AAJC**
John C. Yang* (IL Bar No. 6210478)
Niyati Shah*º (NJ Bar No. 026622005)

2

Terry Ao Minnis (MD Bar No. 0212170024)
1620 L Street, NW, Suite 1050
Washington, DC 20036
Phone: (202) 815-1098
Facsimile: (202) 296-2318
º *Admitted in New Jersey and New York only. DC practice limited to federal courts.*
**Admitted to the Fourth Circuit Court of Appeals*

*Counsel for LUPE Plaintiffs-Appellees*


JOSEPH H. HUNT
  *Assistant Attorney General*
HASHIM M. MOOPPAN
  *Deputy Assistant Attorney General*
MARK B. STERN
s/Gerard Sinzdak
GERARD SINZDAK
  *Attorneys, Appellate Staff*
  *Civil Division*
  *U.S. Department of Justice, Room 7242*
  *950 Pennsylvania Ave., NW*
  *Washington, DC 20530*
  *202-353-9018*

*Counsel for the Government*

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2019, the foregoing motion was served on all parties or their counsel of record through the appellate CM/ECF system if they are registered users.

Date: June 25, 2019                By  /s/ Andrea Senteno

**Andrea Senteno**
**MEXICAN AMERICAN LEGAL**
**DEFENSE AND EDUCATIONAL FUND**
1016 16th Street NW, Suite 100
Washington, DC 20036
Phone: (202) 293-2828

*Counsel for LUPE Plaintiffs-Appellees*