# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

ROBYN KRAVITZ, et al.,
   Plaintiffs-Appellees,

v.

UNITED STATES DEPARTMENT OF COMMERCE, et al.,
   Defendants-Appellants.

No. 19-1387

## UNOPPOSED MOTION TO VOLUNTARILY DISMISS APPEAL

Pursuant to Federal Rule of Appellate Procedure 42(b), defendants-appellants hereby move to dismiss this appeal. Counsel for plaintiffs-appellees have authorized us to state that they do not oppose this motion.

Respectfully submitted,

MARK B. STERN

s/ Gerard Sinzdak
GERARD SINZDAK
 (202) 514-0718
Attorneys
Civil Division, Appellate Staff
U.S. Department of Justice
950 Pennsylvania Ave., N.W., Rm. 7242
Washington, D.C. 20530

JULY 2019

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 30 words, according to the count of Microsoft Word.

    /s/ Gerard Sinzdak
Gerard Sinzdak
Counsel for the United States
gerard.j.sinzdak@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2019, I filed and served the foregoing with the Clerk of the Court by causing a copy to be electronically filed via the appellate CM/ECF system. I also hereby certify that the participants in the case are registered CM/ECF users and will be served via the CM/ECF system.

    s/ *Gerard Sinzdak*
Gerard Sinzdak
Counsel for the United States
gerard.j.sinzdak@usdoj.gov