FILED:  July 16, 2019

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

———————————

No. 19-1382 (L)
(8:18-cv-01570-GJH)

———————————

LA UNION DEL PUEBLO ENTERO; TEXAS SENATE HISPANIC CAUCUS;
TEXAS HOUSE OF REPRESENTATIVES MEXICAN AMERICAN
LEGISLATIVE CAUCUS; SOUTHWEST VOTER REGISTRATION
EDUCATION PROJECT; CALIFORNIA LATINO LEGISLATIVE CAUCUS;
COALITION FOR HUMANE IMMIGRANT RIGHTS; DOLORES HUERTA
FOUNDATION; MI FAMILIA VOTA EDUCATION FUND; SOMOS UN
PUEBLO UNIDO; GEORGIA ASSOCIATION OF LATINO ELECTED
OFFICIALS; LABOR COUNCIL FOR LATIN AMERICAN ADVANCEMENT;
PROMISE ARIZONA; EL PUEBLO, INC.; MARYLAND LEGISLATIVE
LATINO CAUCUS; ASIAN AMERICANS ADVANCING JUSTICE-
CHICAGO; ASIA SERVICES IN ACTION, INC.; ORGANIZATION OF
CHINESE AMERICANS-GREATER HOUSTON; MINKWON CENTER FOR
COMMUNITY ACTION, INC.; CHELSEA COLLABORATIVE; CHICANOS
POR LA CAUSA; LATINO COMMUNITY FUND OF WASHINGTON;
ARIZONA LATINO LEGISLATIVE CAUCUS; GENE WU; JUANITA
VALDEZ-COX; CALIFORNIA LEGISLATIVE BLACK CAUSUS;
CALIFORNIA ASIAN PACIFIC ISLANDER LEGISLATIVE CAUCUS; OCA-
GREATER HOUSTON; FRIENDLY HOUSE; FOUR DIRECTIONS, INC.; MIA
GREGERSON; RAJ MUKHERJI; CINDY RYU; SHARON SANTOS; OLIVER
SEMANS, SR.

Plaintiffs - Appellees

v.

WILBUR L. ROSS, sued in his official capacity as U.S. Secretary of Commerce;
DIRECTOR RON JARMIN, sued in his official capacity as Performing the Non-
Exclusive Functions and Duties of the Director, U.S. Census Bureau; U. S.
CENSUS BUREAU; U. S. DEPARTMENT OF COMMERCE

Defendants - Appellants

———————————

No. 19-1387
(8:18-cv-01041-GJH)

———————————

ROBYN KRAVITZ; MICHAEL KRAVITZ; CATHERINE NWOSU;
NNABUGWU NWOSU; JOANNE WILSON; RICHARD MCCUNE; JOSE
MORENO; DIANA ALEXANDER; MARTHA SANCHEZ; LAUREN RACHEL
BERMAN; YAMILE LABORI; SARAH BRYAN; ALEJANDRO CHAVEZ;
MICHAEL KAGAN; SONIA CASAREZ SHAFER; LAZARA YOELVIS
MAGADAN; LINDA RIVAS; T. CARTER ROSS; VIRGINIA GARCIA;
ELIZABETH BUCHANAN; MAEGAN ORTIZ

            Plaintiffs - Appellees

v.

UNITED STATES DEPARTMENT OF COMMERCE; U. S. CENSUS
BUREAU; WILBUR L. ROSS, in his official capacity as Secretary of Commerce;
KAREN DUNN KELLEY, in her official capacity as the Under Secretary for
Economic Affairs, performing nonexclusive duties of the Deputy Secretary of
Commerce; RON JARMIN, in his official capacity as an employee of the U.S.
Census Bureau performing the non-exclusive functions and duties of the Director
of the U.S. Census Bureau; DR. STEVEN DILLINGHAM, Deputy Director of the
Census Bureau

            Defendants - Appellants

———————————

No. 19-1425
(8:18-cv-01570-GJH)

———————————

LA UNION DEL PUEBLO ENTERO; TEXAS SENATE HISPANIC CAUCUS;
TEXAS HOUSE OF REPRESENTATIVES MEXICAN AMERICAN

LEGISLATIVE CAUCUS; SOUTHWEST VOTER REGISTRATION
EDUCATION PROJECT; CALIFORNIA LATINO LEGISLATIVE CAUCUS;
COALITION FOR HUMANE IMMIGRANT RIGHTS; SOMOS UN PUEBLO
UNIDO; DOLORES HUERTA FOUNDATION; MI FAMILIA VOTA
EDUCATION FUND; GEORGIA ASSOCIATION OF LATINO ELECTED
OFFICIALS; LABOR COUNCIL FOR LATIN AMERICAN ADVANCEMENT;
PROMISE ARIZONA; EL PUEBLO, INC.; MARYLAND LEGISLATIVE
LATINO CAUCUS; ASIAN AMERICANS ADVANCING JUSTICE-
CHICAGO; ASIA SERVICES IN ACTION, INC.; ORGANIZATION OF
CHINESE AMERICANS-GREATER HOUSTON; MINKWON CENTER FOR
COMMUNITY ACTION, INC.; CHELSEA COLLABORATIVE; CHICANOS
POR LA CAUSA; LATINO COMMUNITY FUND OF WASHINGTON;
ARIZONA LATINO LEGISLATIVE CAUCUS; GENE WU; JUANITA
VALDEZ-COX; CALIFORNIA LEGISLATIVE BLACK CAUSUS;
CALIFORNIA ASIAN PACIFIC ISLANDER LEGISLATIVE CAUCUS; OCA-
GREATER HOUSTON; FRIENDLY HOUSE; FOUR DIRECTIONS, INC.; MIA
GREGERSON; RAJ MUKHERJI; CINDY RYU; SHARON SANTOS; OLIVER
SEMANS, SR.

             Plaintiffs - Appellants

v.

WILBUR L. ROSS, sued in his official capacity as U.S. Secretary of Commerce;
DIRECTOR RON JARMIN, sued in his official capacity as Performing the Non-
Exclusive Functions and Duties of the Director, U.S. Census Bureau; U. S.
CENSUS BUREAU; U. S. DEPARTMENT OF COMMERCE

             Defendants - Appellees

                    _____

                    O R D E R
                    _____

    The court deconsolidates further proceedings on appeal in these cases.

                         For the Court--By Direction

                         /s/ Patricia S. Connor, Clerk